Rel: June 13, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0820

Jessica Hayes v. SCI Alabama Funeral Services, LLC, d/b/a Oakwood Memorial Gardens; and Gardendale Funeral Home, Inc. (Appeal from Jefferson Circuit Court: CV-20-900026).

COOK, Justice.

   AFFIRMED. NO OPINION.

   See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

   Stewart, C.J., and Wise, Sellers, and Lewis, JJ., concur.